UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TIAA COMMERCIAL FINANCE, INC.,**<br><br>　　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>**JAMES GALUSHA,** *et al.*,<br><br>　　　　　**Defendants.** | Civ No. 19-14809 (ES) (CLW)<br><br>**ORDER** |

**MCNULTY, DISTRICT JUDGE**

　　Before the Court is the motion of plaintiff TIAA Commercial Finance, Inc. for default judgment against defendants James and Sharron Galusha. (DE 9). Having considered TIAA's submissions, and for the reasons set forth in the accompanying Opinion,

　　IT IS on this 30th day of November 2020,

　　**ORDERED** that the motion (DE 9) is DENIED as presented; and it is further

　　**ORDERED** that within fourteen days of the date of this Order, plaintiff shall inform the Court in writing on the docket whether it wishes to pursue Option 1 or Option 2, as set forth in the accompanying Opinion, and shall include an appropriate representation as to the status of this action in relation to the bankruptcy proceedings.

　　　　　　　　　　　　　　　　　　/s/ Kevin McNulty
　　　　　　　　　　　　　　　　　　**Kevin McNulty, U.S.D.J.**